UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| JUAN HECTOR ALDAS MONTES DE OCA, | ) | |
| | ) | |
| | ) | Civil Action No. 4:26-cv-282-CHB |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER REMANDING HEARING** |
| ARTHUR MAGLINGER, | ) | |
| Jailer, Daviess County Detention Center, | ) | |
| in his official capacity, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

***    ***    ***    ***

This matter is before the Court on the parties' Joint Motion to Remand/Cancel Hearing. [R. 11]. Therein, the parties advise that the hearing can be cancelled as "[t]he parties are not aware of any relevant factual disputes." *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The parties' Joint Motion to Remand/Cancel Hearing, [**R. 11**], is **GRANTED**.

2. The **Hearing** scheduled for Thursday, April 30, 2026, is **REMANDED** from the Court's docket.

3. Since Petitioner has filed his reply at [R. 10], this matter stands submitted to the Court.

This the 27th day of April, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:     Counsel of Record